

# THE THIRTEENTH COURT OF APPEALS

## 13-24-00310-CV

CITY OF BROWNSVILLE FIREMEN'S AND  POLICEMEN'S CIVIL
SERVICE COMMISSION AND THE CITY OF BROWNSVILLE
v.
FRANK CULVER

On Appeal from the
404th District Court of Cameron County, Texas
Trial Court Cause No. 2021-DCL-06497

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and rendered. The Court orders the judgment of the trial court REVERSED and RENDERED in accordance with its opinion.

We further order this decision certified below for observance.

May 8, 2025